UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIKE E. MITCHELL,<br><br>                       Petitioner,<br><br>v.<br><br>THE STATE OF CALIFORNIA,<br><br>                       Respondent. | Case No.: 17cv1204-GPC (BLM)<br><br>**ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS** |

On May 30, 2017, Petitioner, a state prisoner proceeding pro se, filed a Petition for a Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254, but failed to pay the filing fee or move to proceed in forma pauperis. (ECF No. 1.) On July 25, 2017, the Court dismissed this action due to Petitioner's failure to satisfy the filing fee requirement, for failure to name a proper respondent, and for failure to allege exhaustion of state court remedies. (ECF No. 2.) The dismissal was without prejudice to Petitioner to either pay the filing fee or file a motion to proceed in forma paupers, and file a First Amended Petition, on or before September 11, 2017.

Petitioner has now filed a Motion to proceed in forma pauperis (ECF No. 3), but has not yet filed a First Amended Petition. Petitioner has $0.20 on account at the California correctional institution in which he is presently confined, and cannot afford the $5.00 filing fee. Thus, the Court **GRANTS** Petitioner's application to proceed in forma pauperis, and

allows Petitioner to prosecute the above-referenced action as a poor person without being required to prepay fees or costs and without being required to post security. However, this action **REMAINS DISMISSED** without prejudice to Petitioner to file a First Amended Petition in accordance with the Court's previous Order of dismissal **on or before September 11, 2017**.

**IT IS SO ORDERED.**

Dated: August 18, 2017

Hon. Gonzalo P. Curiel
United States District Judge